FILED
2007 Feb-28 PM 03:10
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **JOHN ANTHONY BEAVER,**   ) | |
| ) | |
| **Petitioner,**   ) | |
| ) | |
| vs.   ) | **Case Number: CV 05-S-1091-S** |
| ) | |
| **WARDEN RALPH HOOKS and**   ) | |
| **THE ATTORNEY GENERAL**   ) | |
| **FOR THE STATE OF ALABAMA,**   ) | |
| ) | |
| **Respondents.**   ) | |

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation (doc. no. 13) and the objections of the petitioner (doc. no. 14) and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accordance with the recommendation, this petition for writ of habeas corpus is due to be dismissed with prejudice. An appropriate order will be entered.

DONE this 28th day of February, 2007.

_____
United States District Judge